Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; AND SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,,<br><br>Plaintiff,<br>v.<br><br>TIMOTHY HAAS,<br><br>Defendant. | Case No. 2:06-cv-00878-GEB-KJM<br><br>Honorable Garland E. Burrell, Jr.<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONDITIONALLY VACATE DEFAULT, EXTEND TIME TO RESPOND TO COMPLAINT, AND CONTINUE STATUS CONFERENCE** |

Good cause having been shown:

**IT IS ORDERED THAT:**

The time for Defendant to respond to the complaint shall be extended until January 15, 2007;

In the event that Defendant responds to the complaint by January 15, 2007, the clerk's default entered against Defendant shall be vacated. If Defendant does not respond to the complaint by January 15, 2007, Plaintiffs shall file a motion for default judgment by the Court against Defendant by January 31, 2007; and

The status conference currently scheduled for January 16, 2007 at 9:00 a.m. is hereby continued until March 26, 2007 at 9:00 a.m.

Dated: <u>January 4, 2007</u>     By: _____
                                                            Honorable Garland E. Burrell, Jr.
                                                            United States District Judge